LSK&D #: 564-7011 / 912056
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANN WALKER,

                                                      **No. 07 CV 6235 (WHP)**

                             Plaintiff,

          -against-                        **NOTICE OF APPEARANCE**

METROPOLITAN LIFE INS. CO.

                             Defendant.
------------------------------------------------------------------X

TO:    Clerk of the Court and all Parties of Record:

Please enter my appearance as lead counsel in this case for defendant Metropolitan Life Insurance Company.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
           August 21, 2007

                                                Respectfully submitted,

                                                LESTER SCHWAB KATZ & DWYER, LLP

                                                _____
                                                Allan M. Marcus (AM-9027)
                                                120 Broadway
                                                New York, New York  10271
                                                (212) 341-4241
                                                Attorneys for Defendant
                                                Metropolitan Life Ins. Co.