LSK&D #: 564-7011 / 918512
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANN WALKER,

                            Plaintiff,

        -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                         Defendant.
-----------------------------------------------------------------X

**No. 07 CIV 6235 (WHP)**

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

       Defendant Metropolitan Life Insurance Company ("MetLife"), pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

       MetLife is wholly-owned by its publicly-held corporate parent MetLife, Inc.

Dated:    New York, New York
            September 10, 2007

                                      Respectfully submitted,

                                      LESTER SCHWAB KATZ & DWYER, LLP

                                      _____
                                      Allan M. Marcus (AM-9027)
                                      120 Broadway
                                      New York, New York 10271
                                      (212) 341-4241
                                      Attorneys for Defendant
                                      Metropolitan Life Insurance Co.