LSK&D #: 564-7011 / 922888

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANN WALKER,

                       Plaintiff,

    -against-

METROPOLITAN LIFE INS. CO.,

                       Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/07

No.: 07 CV 6235 (WHP)

**STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant METROPOLITAN LIFE INS. CO. will have up to and including October 10, 2007 to answer, move or otherwise respond to the Amended Complaint in the above-captioned action.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures on this Stipulation shall have the same effect as original signatures.

Dated:    New York, New York
            September 21, 2007

FRANKEL & NEWFIELD, P.C.

_____
Jason Newfield, Esq. (JN-5529)
585 Stewart Avenue
Garden City, NY 11530
(516) 222-1600
Attorneys for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

_____
Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendant

SO ORDERED.

_____
United States District Judge

Dated: 9/28/07