```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ANN WALKER,                                              :

                Plaintiff,                                :

     -against-                                                :

METROPOLITAN LIFE INSURANCE              :
COMPANY,
                                             :

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 6235 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared before this Court for an initial pre-trial conference on November 9, 2007, the following schedule is established on consent of the parties:

1. Discovery shall be limited to interrogatories and document requests;

2. The parties shall complete discovery by February 15, 2008;

3. The parties shall submit a status report by February 22, 2008; and

4. A status conference shall be held on February 29, 2008 at 11:00 a.m.

Dated: November 9, 2007
       New York, New York

                                   SO ORDERED:

                                   WILLIAM H. PAULEY III
                                         U.S.D.J.

*Counsel of record:*

Jason A. Newfield, Esq.
Frankel & Newfield, P.C.
585 Stewart Avenue
Suite 301
Garden City, NY 11530
*Counsel for Plaintiff*

Allan M. Marcus, Esq.
Lester, Schwab, Katz and Dwyer LLP
120 Broadway
New York, NY 10271
*Counsel for Defendant*