UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ANN WALKER,                              :

                 Plaintiff,        :   07 Civ. 6235 (WHP)

                                            ORDER OF REFERENCE
                                            TO A MAGISTRATE JUDGE

        -against-                       :

METROPOLITAN LIFE INSURANCE              :
COMPANY,
                                         :

                 Defendant.
------------------------------X

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute:* _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| _X_ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | All such motions: ____ |

==========================================================================
* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  January 11, 2008
            New York, New York

                                                                _____
                                                                   UNITED STATES DISTRICT JUDGE
                                                                        WILLIAM H. PAULEY III

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/08

*Counsel of record:*

Jason A. Newfield, Esq.
Frankel & Newfield, P.C.
585 Stewart Avenue
Suite 301
Garden City, NY 11530
*Counsel for Plaintiff*

Allan M. Marcus, Esq.
Lester, Schwab, Katz and Dwyer LLP
120 Broadway
New York, NY 10271
*Counsel for Defendant*


Cc:    Hon. Gabriel W. Gorenstein
       United States Magistrate Judge