```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

LSK&D #: 564-7011 / 988202
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANN WALKER,

         Plaintiff,

  -against-

METROPOLITAN LIFE INS. CO.,

         Defendant.
---------------------------------------------------------------X

No. 07 CV 6235 (WHP)

**STIPULATION AND
ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to the above-captioned action, that this action should be dismissed with prejudice and without costs, with each party bearing its own attorneys' fees.

Dated:  New York, New York
     March 25, 2008

| FRANKEL & NEWFIELD, P.C. | LESTER SCHWAB KATZ & DWYER, LLP |
|---|---|
| _____ | _____ |
| Jason Newfield (JN-5529) | Allan M. Marcus (AM-9027) |
| 585 Stewart Avenue | 120 Broadway |
| Garden City, NY 11530 | New York, New York 10271 |
| (516) 222-1600 | (212) 964-6611 |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED.

_____
United States District Judge

Dated: 4/2/08